**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6570**

WILLIAM E. ALTON,

             Plaintiff - Appellant,

      v.

MARYLAND DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL
SERVICES; WESTERN CORRECTIONAL INSTITUTION; WCI DIETARY
DEPARTMENT; COMMISSIONER OF CORRECTION; ISAIS TESSAMA,
Medical Director; GARY MAYNARD, Secretary; J. MICHAEL
STOUFFER, Commissioner; JON GALLEY, Regional Deputy
Commissioner; J. P. MORGAN, Warden; H. B. MURPHY, Assistant
Warden; LIEUTENANT ROBERT M. FRIEND; LIEUTENANT CURRAN P.
MCKENZIE; BRUCE MCKENZIE, CO II; B. BRINKMAN, CO II; S. R.
SHAFFER, CO II; KEITH MERIDITH TOOTHAKER; LANCE HARBAUGH,
Dietary Supervisor; MELISSA MAYTREY; SHUCK, C.D.O.;
LIEUTENANT LEE; STEPHEN HELMICK, CCMS II; JAMES TICHNELL,
Case Manager; R. S. RODERICK, Case Manager; BRIAN BELL;
GREGG L. HERSHBERGER, Warden,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:10-cv-01812)

Submitted:  August 18, 2011        Decided:  August 23, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William E. Alton, Appellant Pro Se. Glenn William Bell, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Alton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alton v. Md. Dep't of Pub. Safety & Corr. Servs., No. 1:10-cv-01812 (D. Md. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED